# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D22-2245
LT Case No. 2021-CF-001721-A
_____

MICHAEL FARLAND,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Daniel Merritt, Jr., Judge.

Matthew J. Metz, Public Defender, and
George D.E. Burden and Joshua T. Mosley,
Assistant Public Defenders, Daytona Beach, for Appellant.

Michael Farland, Wewahitchka, pro se.

Ashley Moody, Attorney General, Tallahassee, and
Roberts J. Bradford, Jr., Assistant Attorney General,
Daytona Beach, for Appellee.

September 12, 2023

PER CURIAM.

    AFFIRMED.

EISNAUGLE, SOUD, and KILBANE, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————